UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SYNGENTA AG MIR162 CORN
LITIGATION                                       MDL No. 2591

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On December 11, 2014, the Panel transferred 8 civil action(s) to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable John W Lungstrum.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Lungstrum.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of December 11, 2014, and, with the consent of that court, assigned to the Honorable John W Lungstrum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 29, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date filed: 12-29-14
Clerk, U.S. District Court
By: mc mat                        Deputy Clerk

IN RE: SYNGENTA AG MIR162 CORN LITIGATION

MDL No. 2591

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 14−01076 | Sanders v. Syngenta Seeds, Inc. et al |
| **ALABAMA NORTHERN** | | | |
| ALN | 3 | 14−01997 | D&C Thornton Farms et al v. Syngenta Corporation et al |
| **ARKANSAS EASTERN** | | | |
| ARE | 1 | 14−00133 | McClain v. Syngenta Corporation et al |
| ARE | 4 | 14−00668 | W Edgar Wilman 2000 Trust et al v. Syngenta Corporation et al |
| ARE | 4 | 14−00669 | Neely v. Syngenta Seeds Inc et al |
| ARE | 5 | 14−00380 | Hargrove et al v. Syngenta Seeds Inc |
| ARE | 5 | 14−00381 | Miller et al v. Syngenta Seeds Inc |
| ARE | 5 | 14−00415 | RJR Farms et al v. Syngenta Corporation et al |
| **GEORGIA MIDDLE** | | | |
| GAM | 4 | 14−00263 | MCCORKLE v. SYNGENTA CORPORATION et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 14−08556 | Sondgeroth et al v. Syngenta Corporation et al |
| ILN | 1 | 14−09133 | West Brooklynn Farmers Cooperative Company v. Syngenta Corporation et al |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 14−01169 | Bass et al v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14−01170 | King et al v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14−01171 | Lofton et al v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14−01172 | Osman Produce, Inc v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14−01173 | Osman v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14−01174 | Fietsam et al v. Syngenta Seeds, Inc. et al |

| | | | |
|---|---|---|---|
| ILS | 3 | 14-01175 | Osman v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01176 | Eddleman v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01177 | Eddleman v Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01178 | Adkins v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01179 | Boar Creek Valley Farms, LLC v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01180 | Doctorman v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01181 | Doctorman v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01182 | Burnett Farms, Inc v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01183 | Burnett v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01184 | Miller et al v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01186 | Miller et al v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01187 | Ulen Farms Partnership v Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01188 | McIntosh v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01189 | Thurston v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01190 | Earnhardt v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01191 | Kingston Farms v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01192 | McBride v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01193 | Oelze v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01194 | Dahmer v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01195 | Hileman v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01196 | McMahan v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01197 | Hileman v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01198 | David Land Company, LLC v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01199 | Davis v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01200 | Davis v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01201 | D&D Farms Partnership v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01202 | Davis v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01203 | Lofton v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01204 | Cain v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01205 | Williams v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01206 | Curry v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01207 | Curry v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01208 | Krumrey v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01209 | Scates Big Barn Partnership v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01210 | Scates Partners v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01211 | Pat Scates & Sons Partnership v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01212 | Downen Enterprises v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01213 | Emerick v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01214 | Emerick Farms Partnership v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01215 | E & E Farms, Inc. v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01216 | Klein v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01217 | Klein v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01218 | Klein v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01219 | Klein v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01220 | Dahmer Farms, LLC v. Syngenta Seeds, Inc. et al |

| | | | |
|---|---|---|---|
| ILS | 3 | 14-01221 | Inman et al v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01222 | Earnhart v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01224 | Gribble v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01225 | Donald R. Billings Trust v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01226 | Mosby et al v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01227 | Rider et al v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01230 | Wolf Brothes Farms, L. P. v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01327 | Kuchta Farms et al v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01344 | Maher v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01345 | Westnedge et al v. Syngenta Seeds, Inc. et al |
| ILS | 3 | 14-01359 | Hawthorne Farms et al v. Syngenta Corporation et al |

### IOWA NORTHERN

| | | | |
|---|---|---|---|
| IAN | 5 | 14-04093 | Schram v. Syngenta Seeds, Inc. et al |
| IAN | 5 | 14-04108 | Backhaus v. Syngenta Corporation et al |

### IOWA SOUTHERN

| | | | |
|---|---|---|---|
| IAS | 1 | 14-00032 | Coulthard Farms, LLC v. Syngenta Seeds, Inc. et al |
| IAS | 1 | 14-00033 | Coulthard Testamentary Trust A et al v. Syngenta Seeds, Inc. et al |
| IAS | 1 | 14-00034 | Kneeland Trust v. Syngenta Seeds, Inc. et al |
| IAS | 4 | 14-00415 | Payload Trucking Inc. v. Syngenta AG et al |
| IAS | 4 | 14-00426 | Diamond B Farms LLC v. Syngenta AG et al |
| IAS | 4 | 14-00427 | Hullinger v. Syngenta AG et al |
| IAS | 4 | 14-00428 | Graham v. Syngenta AG et al |
| IAS | 4 | 14-00431 | Norman v. Syngenta AG et al |
| IAS | 4 | 14-00432 | Dykes v. Syngenta AG et al |
| IAS | 4 | 14-00433 | Smaniotto v. Syngenta AG et al |
| IAS | 4 | 14-00434 | Tri-K LLC et al v. Syngenta AG et al |
| IAS | 4 | 14-00435 | O&W Ag Enterprises, Inc. v. Syngenta AG et al |
| IAS | 4 | 14-00436 | Stone v. Syngenta AG et al |
| IAS | 4 | 14-00437 | Rumley v. Syngenta AG et al |
| IAS | 4 | 14-00438 | Smith v. Syngenta AG et al |
| IAS | 4 | 14-00439 | Eason Feed Lot, LLC v. Syngenta AG et al |

### KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 5 | 14-00211 | Gipson v. Syngenta Corporation et al |

### LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 14-02388 | Cargill, Incorporated et al v. Syngenta Seeds, Inc. |
| LAE | 2 | 14-02670 | Fornea-5, LLC v. Syngenta AG et al |

### LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| LAM | 3 | 14-00681 | Islington Plantation et al v. Syngenta Corporation et al |

### LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 2 | 14-03061 | Krielow v Syngenta Corp et al |
| LAW | 3 | 14-03169 | Collins v. Syngenta Corp et al |
| LAW | 3 | 14-03240 | Rye Farms Partnership et al v Syngenta Corp et al |

MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 2 | 14-14384 | Gilbert Jones & Sons Farm LLC v. Syngenta Corporation et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 14-04197 | Greer v. Syngenta Corporation et al |
| MN | 0 | 14-04464 | Guth v. Syngenta Corporation et al |
| MN | 0 | 14-04477 | Rail Transfer, Incorporated v. Syngenta Corporation et al |
| MN | 0 | 14-04770 | Pfaff et al v. Syngenta Corporation et al |
| MN | 0 | 14-04869 | Schultz, et al v. Syngenta Corporation, et al |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 4 | 14-00153 | 3 County Farms v. Syngenta Seeds, Inc. et al |
| MSN | 4 | 14-00157 | Smith v. Syngenta AG et al |
| MSN | 4 | 14-00164 | Shelton Farms, LLC et al v. Syngenta Corporation et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 1 | 14-00397 | Nixon v. Syngenta Corporation et al |
| MSS | 3 | 14-00858 | Foxtrap Planting Co., LLC et al v. Syngenta AG et al |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 14-01908 | Wilson Farm Inc. et al v. Syngenta AG et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 3 | 14-05151 | Bentlage et al v. Syngenta Corporation et al |

NEBRASKA

| | | | |
|---|---|---|---|
| NE | 8 | 14-00345 | Hamilton v. Syngenta Corporation, et al |
| NE | 8 | 14-00367 | DLC Family Trust, Ltd. v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00370 | Anderson v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00371 | Binger v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00372 | Binger Farms, Incorporated v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00373 | David's Farms, LLC v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00374 | Demerath Dairy, Inc. v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00375 | Larry Foster, et al v. Syngenta Seeds, Inc. et al. |
| NE | 8 | 14-00376 | Fulton v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00377 | Tractor Ranch, Inc et al v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00378 | Holmes v. Syngenta Seeds, Inc. et al |

| | | | |
|---|---|---|---|
| NE | 8 | 14-00380 | Kuchar v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00381 | Kuchar v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00382 | Lingenfelter v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00383 | Lingenfelter v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00384 | Olson v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00385 | Rafert v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00386 | D&A White, Inc. v. Syngenta Seeds, Inc. et al |
| NE | 8 | 14-00388 | Albert & Dianne Friedrich Living Trust v. Syngenta Seeds, Inc. et al |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 7 | 14-00261 | Rooks Farm Service, Inc. et al v. Syngenta Corporation et al |
| NCE | 7 | 14-00262 | Lanier et al v. Syngenta AG et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 14-00926 | Rich v. Syngenta Seeds, Inc. et al |
| OHS | 1 | 14-00927 | Liberty View Farms, LLC v. Syngenta Seeds, Inc. et al |
| OHS | 2 | 14-02328 | Mathews v. Syngenta Corporation et al |
| OHS | 2 | 14-02523 | Barton v. Syngenta Seeds, Inc. et al |
| OHS | 2 | 14-02524 | Barton v. Syngenta Seeds, Inc. et al |
| OHS | 2 | 14-02525 | Cottrill v. Syngenta Seeds, Inc. et al |
| OHS | 2 | 14-02529 | Wish v. Syngenta Seeds, Inc. et al |
| OHS | 2 | 14-02530 | Gruenbaum Farm, LLC v. Syngenta Seeds, Inc. et al |
| OHS | 2 | 14-02532 | Gruenbaum v. Syngenta Seeds, Inc. et al |
| OHS | 2 | 14-02533 | Gruenbaum v. Syngenta Seeds, Inc. et al |
| OHS | 2 | 14-02535 | Schlichter v. Syngenta Seeds, Inc. et al |
| OHS | 2 | 14-02537 | Mayer v. Syngenta Seeds, Inc. et al |
| OHS | 2 | 14-02538 | Mayer Family Farm Trust v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00416 | Gilbert v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00417 | Gilbert Farms Partnership v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00418 | Crowe Farms, LLC v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00419 | Gilbert v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00420 | Wildman Farms v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00421 | Bumme Farms, LLC v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00422 | Bumgardner v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00423 | Snyder v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00424 | Barclay Farms v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00425 | Bumgardner v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00426 | B & B Atley Farms, LLC v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00427 | Hartman Brothers Farms, LLC v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00429 | Hidden Acre Operations, LLC v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00430 | 4 – D Farms v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00431 | Green Oak Farms, Inc. v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00432 | Sollenberger v. Syngenta Seeds, Inc. et al |
| OHS | 3 | 14-00433 | Vonderhaar v. Syngenta Seeds, Inc. et al |

| | | | |
|---|---|---|---|
| OHS | 3 | 14-00434 | Steinke Farms, LLC v. Syngenta Seeds, Inc. et al |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 3 | 14-04163 | Houser et al v. Syngenta Corporation et al |
| SC | 4 | 14-04345 | Cox v. Syngenta Corporation et al |

SOUTH DAKOTA

| | | | |
|---|---|---|---|
| SD | 4 | 14-04162 | Hostler v. Syngenta Seeds Inc. et al |